**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MARK JEFFERSON,**

      Petitioner,

    v.

**WARDEN, CHILLICOTHE**
**CORRECTIONAL INSTITUTION,**

      Respondent.

**CASE NO. 2:14-CV-736**
**JUDGE JAMES L. GRAHAM**
**MAGISTRATE JUDGE KEMP**

**OPINION AND ORDER**

On December 18, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied and that this action be dismissed. ECF 6. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation*, ECF 6, is **ADOPTED** and **AFFIRMED**. The petition for a writ of habeas corpus, ECF 1, is **DENIED**, and this action is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

Date: January 20, 2015

                                                            _____s/James L. Graham_____
                                                            JAMES L. GRAHAM
                                                            United States District Judge